# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LIGHTGUARD SYSTEMS, INC., a California corporation<br><br>            Plaintiff,<br><br>    v.<br><br>SPOT DEVICES, INC., a Nevada Corporation,<br><br>            Defendants. | Case No. 3:10-cv-00737-LRH-WGC<br><br>**STIPULATED ORDER MODIFYING THE COURT'S DISCOVERY PLAN AND SCHEDULING ORDER** |

The parties, through their attorneys of record, appeared for a hearing on LightGuard Systems, Inc.'s Emergency motion to compel compliance with notice of deposition under Federal Rule of Civil Procedure 30(b)(6) on December 5, 2011 before Magistrate Judge William G. Cobb. Pursuant to the rulings and agreements reached at the hearing, the parties stipulate that the Court's February 3, 2011 Discovery Plan and Scheduling Order is amended as follows:

The fact discovery cut-off date shall be January 27, 2012 for the sole purpose of completing the depositions listed below. No new discovery may be propounded. However depositions shall not be taken until the entering of a claim construction order. Once the Court has issued a claim construction order, the parties will meet and confer in good faith for the purposes of scheduling the remaining depositions. Light Guard will supplement its 30(b)(6) deposition notice by providing Spot Devices, Inc. ("Spot Devices") with a bullet point list which will identify with more particularity the specific information included in the topics previously noticed. The depositions that are yet to be taken are as follows:

<u>LightGuard's Remaining Depositions</u>

- Chris Peddie 30(b)(6) deposition (6 hour maximum)
- Thomas Burnham 30(b)(6) deposition (6 hours maximum)

- Denver Hinds personal deposition

<u>Spot Devices' Remaining Depositions</u>

- Michael Harrison 30(b)(6) deposition
- Michael Harrison Personal deposition

Expert disclosures on issues for which a party bears the burden of proof will be due thirty (30) days after the latter of the close of fact discovery on January 27, 2012 or the date the Court issues a claim construction order. Rebuttal expert disclosures will be due forty (40) days after initial expert disclosures. Expert discovery cut-off will be forty-five (45) days after the last rebuttal expert reports are served (85 days after initial expert disclosures). If a party intends to file a dispositive motion, counsel for that party shall notify opposing counsel and the court of its intention no later than fifteen (15) days after the close of expert discovery (100 days after initial expert disclosures). Dispositive motions must be filed by thirty (30) days after the close of expert discovery (115 days after initial expert disclosures). In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until thirty (30) days after decision on the dispositive motions or further order of the Court. The joint pretrial order shall be filed thirty (30) days after the close of expert discovery (115 days after initial expert disclosures).

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

'DATED:  December 14, 2011