UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LIGHT GUARD SYSTEMS, INC., a California Corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SPOT DEVICES, INC., a Nevada Corporation, and HAWS CORPORATION, a Nevada Corporation,<br><br>　　　　　Defendants | Case No.: 3:10-cv-00737-LRH-(WGC)<br><br>**FINAL JUDGMENT** |
| SPOT DEVICES, INC.,<br><br>　　　　　Counterclaim Plaintiff,<br><br>　　v.<br><br>LIGHT GUARD SYSTEMS, INC.,<br><br>　　　　　Counterclaim Defendant. | |

1

This Court has dismissed all claims in this case with the exception of plaintiff and counterclaim defendant Light Guard System Inc.'s (Light Guard) claim that all versions of the RS200 and RS320 in roadway warning lights (IRWLs) at issue in this case infringe claims 1 - 15 of US Patent No. 6,384,742 ("the 742 patent").

On June 12, 2012, this Court entered its order regarding claim construction.  Light Guard acknowledges that under the Court's claim construction ruling, the versions of the RS200 and RS320 IRWLs at issue in this case do not infringe claims 1 - 15 of the 742 patent.

Accordingly, good cause appearing therefor, the Court HEREBY ORDERS, ADJUDGES, AND DECREES that:

1. Light Guard's claim that all versions of the RS200 and RS320 infringe the 742 patent is dismissed with prejudice.

2. The Court enters judgment in favor of Spot Devices, Inc. for its declaratory judgment counterclaim of non-infringement, and declares that none of the versions of the RS200 and RS320 IRWLs at issue in this case infringe claims 1 - 15 of the 742 patent.

3. This is a final, appealable, judgment disposing of all claims asserted in this action.

4. The parties are each responsible for their own costs.

DATED: July 12, 2012

The Honorable Larry R. Hicks
UNITED STATES DISTRICT JUDGE